Filed by **OD** D.C.

**Sep 19, 2019**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - FT. LAUD.

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
## 19-60262-CR-DIMITROULEAS/SNOW

**CASE NO. _____**

21 U.S.C. § 846
21 U.S.C. § 841(a)(1)

**UNITED STATES OF AMERICA**

**vs.**

**ROSENDO LOUIS,**

**Defendant.**
_____/

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

From in or about February of 2018, continuing through to on or about August 1, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**ROSENDO LOUIS,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to defendant **ROSENDO LOUIS**, the controlled substance attributable to him as a result of his own individual conduct, and the conduct of other conspirators reasonably foreseeable to him, is five hundred (500) grams or more of a mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 841(b)(1)(B)(ii).

## COUNT 2

From in or about July of 2018, continuing through to on or about August 1, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**ROSENDO LOUIS,**

did knowingly and willfully combine, conspire, confederate, and agree with other persons known and unknown to the Grand Jury, to possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1); all in violation of Title 21, United States Code, Section 846.

With respect to defendant **ROSENDO LOUIS**, the controlled substance attributable to him as a result of his own individual conduct, and the conduct of other conspirators reasonably foreseeable to him is five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine, in violation of Title 21, United States Code, Section 841(b)(1)(A)(viii).

## COUNT 3

On or about July 18, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**ROSENDO LOUIS,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(B)(viii), it is further alleged that this violation involved fifty (50) grams or more of a mixture and substance containing a

2

detectable amount of methamphetamine.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

### COUNT 4

On or about August 1, 2018, in Broward County, in the Southern District of Florida, and elsewhere, the defendant,

**ROSENDO LOUIS,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(viii), it is further alleged that this violation involved five hundred (500) grams or more of a mixture and substance containing a detectable amount of methamphetamine.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of cocaine.

Pursuant to Title 21, United States Code, Section 841(b)(1)(D), it is further alleged that this violation involved a detectable amount of marijuana.

A TRUE BILL

FOREPERSON

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

CYNTHIA R. WOOD
ASSISTANT UNITED STATES ATTORNEY

4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

ROSENDO LOUIS,

_____ Defendant.  /

CASE NO._____

CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

**Court Division:** (Select One)

| | Miami | | Key West | | New defendant(s) | Yes _____ | No _____ |
|---|---|---|---|---|---|---|---|
| ✓ | FTL | _____ | WPB | _____ FTP | Number of new defendants | _____ | |
| | | | | | Total number of counts | _____ | |

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:     (Yes or No)     No
    List language and/or dialect     _____

4.  This case will take   5   days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

    (Check only one)

| | | | (Check only one) | |
|---|---|---|---|---|
| I | 0 to 5 days | ✓ | Petty | |
| II | 6 to 10 days | | Minor | |
| III | 11 to 20 days | | Misdem. | |
| IV | 21 to 60 days | | Felony | ✓ |
| V | 61 days and over | | | |

6.  Has this case previously been filed in this District Court?     (Yes or No)     No
    If yes: Judge _____     Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?     (Yes or No)     No
    If yes: Magistrate Case No. _____
    Related miscellaneous numbers: _____
    Defendant(s) in federal custody as of _____
    Defendant(s) in state custody as of _____
    Rule 20 from the District of _____

    Is this a potential death penalty case? (Yes or No)     No

7.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?     Yes _____     No ✓

8.  Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?     Yes _____     No ✓

_signature_
CYNTHIA R. WOOD
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No./Court No. A5501329

*Penalty Sheet(s) attached

REV 8/13/2018

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### PENALTY SHEET

**Defendant's Name**: Rosendo Louis

Case No: _____

Count: 1

Conspiracy to Possess with Intent to Distribute Cocaine

in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(B)(ii)

**\*Max. Penalty:** Forty (40) years' imprisonment with five (5) year mandatory minimum; at least five (4) years of supervised release up to life; $5,000,000 fine.

Count: 2

Conspiracy to Possess with Intent to Distribute Methamphetamine

in violation of Title 21, United States Code, Sections 846 and 841(b)(1)(A)(viii)

**\*Max. Penalty:** Life imprisonment with ten (10) year mandatory minimum; at least five (5) years of supervised release up to life; $10,000,000 fine.

Count: 3

Possess with Intent to Distribute Methamphetamine and Cocaine

in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(B)(viii)

**\*Max. Penalty:** Forty (40) years' imprisonment with five (5) year mandatory minimum; at least four (4) years' supervised release up to life; $5,000,000 fine.

Count: 4

Possess with Intent to Distribute Methamphetamine, Cocaine and Marijuana

in violation of Title 21, United States Code, Section 841(a)(1) and 841(b)(1)(A)(viii)

**\*Max. Penalty:** Life imprisonment with ten (10) year mandatory minimum; at least five (5) years of supervised release up to life; $10,000,000 fine.

\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.